IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:26-cr-20086-BCL |
| | ) | |
| vs. | ) | |
| | ) | |
| DARRIN LEE HOLMES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO DISMISS CRIMINAL COMPLAINT

COMES NOW, the United States respectfully moves this Court to dismiss case number 2:26-cr-20086. The United States brought a criminal complaint against defendant Darrin Lee Holmes on March 9, 2026, after Holmes was arrested.  The United States will no longer be proceeding with the prosecution of this criminal complaint.

WHEREFORE PREMISES CONSIDERED the United States prays that the Court dismiss without prejudice the criminal complaint filed under 2:26-cr-20086.

Respectfully submitted,

D.MICHAEL DUNAVANT
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TENNESSEE

By:  */s/ Wendy K. Caceres*
Wendy K. Caceres (IL Bar# 6281679)
Assistant United States Attorney
167 North Main, Suite 800
Memphis, Tennessee 38103
Telephone:(901) 544-4231
Email: wendy.caceres@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that, on the above stated date, a copy of the foregoing has been served on the defendant by electronically filing the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of the filing to the attorney of record.

This 29th Day of April, 2026.

By:    */s/ Wendy K. Caceres*
Wendy K. Caceres
Assistant United States Attorney